4 So.3d 91 (2009)
Lawrence Lee JONES, Appellant,
v.
Walter A. McNEIL, Secretary, Florida Department of Corrections, Appellee.
No. 4D08-4102.
District Court of Appeal of Florida, Fourth District.
March 4, 2009.
*92 Lawrence Lee Jones, Belle Glade, pro se.
Bill McCollum, Attorney General, and Marcus O. Graper, Assistant Attorney General, Tallahassee, for appellee.
PER CURIAM.
Affirmed. See Bush v. State, 945 So.2d 1207 (Fla.2006).
STEVENSON, TAYLOR and MAY, JJ., concur.